UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| KATHY DICKSON SENSABAUGH, | ) | Case No. 14-51315 |
|     Debtor | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
### PURSUANT TO FED. R. BANKR.P.2002(g)

Pursuant to Rule 9010(a) and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of the United States Code, 11U.S. C. §§ 101, et seq. (as amended, the Bankruptcy Code), that Paul A. Dryer, Esquire, hereby gives notice of entry of appearance on behalf of Glenn & Dot Sensabaugh, and requests that all notices, pleadings, motions, applications, and other documents filed and/or served in this case be given to and served, whether electronically or otherwise on:

    Paul A. Dryer, Esquire
    P.O. Box 1140
    Waynesboro, VA  22980

Date:  January 21, 2015                       Respectfully submitted,
                                                   Glenn and Dot Sensabaugh
                                                   By: /s/ Paul A. Dryer
                                                   Of Counsel

Paul A. Dryer
Virginia State Bar No. 42725
Franklin, Denney, Ward & Dryer, PLC
P.O. Drawer 1140
Waynesboro, VA 22980
(540) 946-4403 Phone
(540) 946-4417 Fax
Email:  pdryer@fdwdlaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of January, 2015, the foregoing document was served by first class mail, postage pre-paid, or email if noted, upon the following persons:

    Bob Stevens (email)
    Chapter 7 Trustee
    501 Grove Avenue
    Charlottesville, VA  22902

    Janice Hansen, Esquire (email)
    Cox Law Group, PLLC
    900 Lakeside Drive
    Lynchburg, VA  24501

    <u>/s/ Paul A. Dryer</u>
    Paul A. Dryer, Esquire